■ In the Matter of ERMA JORDAN, as Administratrix of the Estate of WILLIAM JORDAN, Deceased, Appellant, v JOAN S. POOSER et al., Respondents. — Interim decree, Surrogate's Court, Bronx County (Gelfand, J.), entered on March 9,

1981, unanimously affirmed for the reasons stated by Gelfand, J., at Surrogate's Court, without costs and without disbursements. Concur — Murphy, P. J., Kupferman, Sandler, Lupiano and Bloom, JJ.